ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| LOURDES MILAGROS VÉLEZ RAMÍREZ, SANDRA LIZETTE SANTANA SOUFRONT, JOSÉ DAVID SANTANA FALÚ<br><br>Parte Peticionaria<br><br>V.<br><br>GLADYS FALÚ OLIVENCIA, GILBERTO GABRIEL SANTANA FELICIANO, EVELYN GABRIELA SANTANA FELICIANO<br><br>Parte Recurrida | TA2025CE00474 | *CERTIORARI* procedente del Tribunal de Primera Instancia de Mayagüez<br><br>_____<br><br>Caso Núm.: MZ2025CV00845<br><br>_____<br><br>SOBRE:<br><br>ACEPATCIÓN, RENUNCIA, REMOCIÓN O SUSTITUCIÓN DE ALBACEA |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

## R E S O L U C I Ó N

En San Juan, Puerto Rico, a 24 de septiembre de 2025.

Examinada la Petición de Certiorari[1] instada el 18 de septiembre de 2025 por Lourdes Milagros Vélez Ramírez, Sandra Santana Soufront y José David Santana Falú disponemos lo siguiente:

Luego de un estudio minucioso y sosegado del expediente ante nos, entendemos que es una etapa muy temprana en el proceso ante el TPI, y la determinación aún puede ser revisable en etapas posteriores, por lo que procede abstenernos de ejercer nuestra función revisora, y denegamos la expedición del auto de

---

[1] Prescindimos de requerir la comparecencia de la parte recurrida a tenor con la autoridad que nos confiere la Regla7(B)(5) del Reglamento del Tribunal de Apelaciones.

certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*